UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KAREN GRISALES,
               Plaintiff,

v.                                                                    **ORDER**

THE LAKEHOUSE HOTEL and MACHNE              22 CV 6061 (VB)
OHEL MOSHE D'KRASNA INC.,
               Defendants.
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. (Doc. #16). Accordingly, by no later than November 28, 2022, counsel shall submit an application for approval of the settlement, as required by Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

Dated: October 27, 2022
       White Plains, NY

                                          SO ORDERED:

                                          Vincent L. Briccetti
                                          United States District Judge